1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California 95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   LISA BOOKER DUNN

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

*E-FILED - 2/6/07*

| | |
|---|---|
| LISA BOOKER DUNN,<br><br>Plaintiff,<br><br>v.<br><br>SPIWAK & IEZZA, LLP, a California limited partnership, LISA ELLEN SPIWAK, individually and in her official capacity, and NICOLINO IRENIO IEZZA, individually and in his official capacity,<br><br>Defendants. | Case No. C06-04377-RMW-PVT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

   Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, LISA BOOKER DUNN, and Defendants, SPIWAK & IEZZA, LLP, LISA ELLEN SPIWAK, and NICOLINO IRENIO IEZZA, stipulate, and the Court hereby orders, as follows:

   1.   The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, LISA BOOKER DUNN, against Defendants, SPIWAK & IEZZA, LLP, LISA ELLEN SPIWAK, and NICOLINO IRENIO IEZZA, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

-1-

-2-

1  Dated: December 29, 2006                    /s/ Fred W. Schwinn
                                               Fred W. Schwinn, Esq.
2                                              Attorney for Plaintiff
                                               LISA BOOKER DUNN
3

4  Dated: December 29, 2006                    /s/ Richard P. Petersen
                                               Richard P. Petersen
5                                              Attorney for Defendants
                                               SPIWAK & IEZZA, LLP, LISA
6                                              ELLEN SPIWAK, and NICOLINO
                                               IRENIO IEZZA
7
   THE FOREGOING STIPULATION
8  IS APPROVED AND IS SO ORDERED.

9                                              *Ronald M. Whyte* (signature)
   Dated: 2/6/07
10                                             The Honorable Ronald M. Whyte
                                               Judge of the District Court